UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY MOTLEY,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00326-RCJ-CLB<br><br>**ORDER** |

On November 30, 2020, the Court ordered this habeas corpus action dismissed because the petitioner, Courtney Motley, has not exhausted his claim in state court. *See* Order entered November 30, 2020 (ECF No. 32). The Court denied Motley a certificate of appealability. *See id*. Judgment was entered that same date. *See* Judgment (ECF No. 33). Motley then filed documents indicating his intention to appeal, and this Court treated those documents as a notice of appeal. *See* Order entered January 11, 2021 (ECF No. 40). This case is currently on appeal before the Ninth Circuit Court of Appeals.

After his appeal was initiated, Motley filed in this Court four applications to proceed *in forma pauperis* (ECF Nos. 43, 44, 45 and 48). However, the Court already granted Motley *in forma pauperis* status, on July 8, 2020. *See* Order entered July 8, 2020 (ECF No. 5). His four recent *in forma pauperis* applications are, therefore, moot, and they will be denied on that ground.

///

///

///

///

1

**IT IS THEREFORE HEREBY ORDERED** that Petitioner's applications to proceed *in forma pauperis*, filed January 15, 26 and 28, 2021 (ECF Nos. 43, 44, 45 and 48) are **DENIED** as moot.

DATED THIS 12th day of March, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE